Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

| | |
|---|---|
| Melaine R. Wilson<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>John Hussman, Sr.<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 22-5091<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

    **A.   The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Melaine R. Wilson |
| Street Address | 547 BIA 28 |
| City and County | Wounded Knee |
| State and Zip Code | SD 57794 |
| Telephone Number | |
| E-mail Address | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: John Hussman, Sr.
- Job or Title *(if known)*:
- Street Address: P.O. Box 412
- City and County: Pine Ridge
- State and Zip Code: SD 57770
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1851 Treaty and 1868 Treaty Rights

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Melaine R. Wilson , is a citizen of the State of *(name)* South Dakota and the Oglala Sioux Tribe .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    The defendant, *(name)* John Hussman, Sr. , is a citizen of the State of *(name)* South Dakota . Or is a citizen of *(foreign nation)* Oglala Sioux Tribe .

   b.   If the defendant is a corporation

    The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$50 Million
to be broken down per Complaint

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Complaints against John Hussman for S.3103 Removal of Statute of Limitations
1) Subject Information: Foster Family for 7 years with NO Monthly Social Services Check Ins by Social Worker.

a. : John Hussman Sr.-Foster Father who VIOLENTLY raped me in the 3rd Grade (8 years old) and in the 4th Grade (9 years old)
b. : Nancy Hussman (Randall)-Foster Mother who beat me constantly and didn't believe me when I tried to tell her.
c. : John Hussman, Jr.-Foster Brother who when I was 10 years old, he shot at me two different times within a few weeks-Sexually abused me at 10 years old.
d. : Garfield Steele-Abused his Oglala Sioux Tribe Council Member Federally Paid Position to INTIMIDATE ME by Motioning to Vote in John Hussman, Sr. as an Oglala Sioux Tribe Judge in March of 2021.
e. : Oglala Sioux Tribe-Our Oglala Sioux Tribe Council Circle is Broken by Greed and it is the Oglala Sioux Tribe Members such as myself who SUFFER directly from their Actions of looking the other way and/or Promoting Violence.

2) Victim Information: Melaine Wilson

3) Where did the wrongdoing occur?
Pine Ridge Indian Reservation near Wounded Knee, South Dakota at the Foster home of John and Nancy Hussman. Nancy Hussman was the Oglala Sioux Tribe Secretary and would use my Report Cards to take to the Oglala Sioux Tribe Juvenile Judge to sign off on so the Department of Social Services Social Worker would satisfy their paperwork of Monthly Visits. I didn't see a Social Worker for 7 years while I had been abused physically, mentally, emotionally and worst-sexually. I waited until I Retired from the Military and after I had to quit working for good because of my health that I decided to pursue some sort of Justice. I was living in Colorado and started with the Federal Bureau of Investigation there in 2010(ish), when it really started bothering me in Life. I have tried at the Lowest Level with the Oglala Sioux Tribe to submit my Complaints against John Hussman, Sr. and his wife, Nancy Hussman and their son, John Hussman, Jr. for at least 12 years. Initially, I asked Garfield Steele who was an Oglala Sioux Tribe Council Member to help me submit a Complaint but instead he told me to, "Not speak bad about the Hussmans because they are Good People and his Friends". I also tried again in 2021 to Submit a Complaint against them because I had new Evidence from South Dakota Department of Social Services from 2016, but instead, Garfield Steele took my Complaint away from Oglala Sioux Tribe Council Members and smiled at me and Motioned for Oglala Sioux Tribe Council to Vote on John Hussman, Sr. to become an Oglala Sioux Tribe Judge! This was just last year!

4) When did the wrongdoing occur? 1974-2022

5) What exactly did the individual do wrong/how was the wrongdoing committed?

All of these Initial Complaints are with the South Dakota Federal Bureau of Investigation. Gregg Peterman of the SAUSA-Special Appointed United States Attorney for the District of South Dakota has my Information against John Hussman, Sr.-Nancy Hussman and John Hussman, Jr. I have been pursuing Justice ever since I ran away into another State when I was 12 years old across the country side of the Pine Ridge Indian Reservation. I am lucky to be alive!
6) What was the effect of the wrongdoing?

I had tried to get Justice through the Criminal Side, but the FBI stated I had waited too long for the Statue of Limitation had expired. Then I tried last year on the Civil Side at the Tribal Level, only to be literally laughed at by my own Oglala Sioux Tribe Council Member District Representative who is in a Federally Paid Position. Abuse of Authority.
Besides going up to the Hussmans who abused me and busting them in the face to get them into Court, I have tried everything on the Legal tools, but I have not yet achieved a Remedy. I have spent many years of Counseling for the horrific treatment that particular Foster Family did to me as a Child, and now I am being

Chastised as an Adult from my own Oglala Sioux Tribe Council Member, Garfield Steele, in PUBLIC! He protects Child Rapists and Child Abusers!

7) Do you have firsthand knowledge of the wrongdoing?
Yes, I was in that horrible Foster Family for 7 years. I was Violently Raped and Beaten and tied up in the Basement of the Hussman Foster Home at 8 years old in the 3rd Grade. After John Hussman, Sr. raped me again in the 4th grade-I shut down for about a year. Then, when I was 10 years old, I decided the only way to save my life was to run away, but it had to be into another State because if I went to Rapid City, SD, I would end up back with the Hussmans, so I had to go where no one would find me. I saved every penny, nickle, dime, quarter and dollar for 2 years until I was 12 years old. I watched (listened) to the Weather Reports on the News and planned the exact time I would leave, then 10 days before I left, the SD DSS (WHO NEVER CAME OUT FOR & YEARS) brought out another little girl of 10 years old named Ruth Poor Bear. I took her with me cross country into Pine Ridge, South Dakota and dropped her off at her mother's house in East Ridge. Then I went into Nebraska to Forney Ranch where my Social Worker ended up finding me because her brother delivered Gas out to the Ranch and recognized me-Beagin Gas from Rushville, Nebraska. (Spelling might be wrong).

8) Who else might be aware of this wrongdoing and how does the individual know?
Gregg Peterman-Former Oglala Sioux Tribe Attorney General
Sid Conquering Bear-Former Foster Child of the Hussman Foster Home-now deceased
Ruth Poor Bear-There for my last 10 days with the Hussman Foster Home-No harm came to her
Kristen Waters-Child of John Hussman, Sr. and Mona Waters. Mona Waters got pregnant shortly after I ran away in 1982 when I was 12 years old. Mona Waters was 15 years old and was Legally Raped by John Hussman, Sr.

9) What do you believe would be an acceptable remedy to your concerns?

Biden signs bill eliminating civil statute of limitations for child sex abuse victims | The Hill
Now that President Biden has signed this Bill into Law, I ask that John Hussman, Sr., his wife Nancy Hussman (Randall) and their son, John Hussman, Jr. have all their Pine Ridge Indian Reservation Trust Lands, Fee Lands and Businesses removed from them along with all their Assets, to include Equipment, Homes, and Vehicles and the Value to be split into the following:
a.) Melaine Wilson - $15 Million
b.) Sid Conquering Bear Descendants-$500 K (If no Descendants-to his brother Dale Conquering Bear who was in another Foster Home who seen what was happening to me with the Hussmans. Lived with them for 2 months and was beaten regularly by John Hussman, Sr.
c.) Ruth Poor Bear-now Ruth Rodriguez of Wakpamni District-$10 K-($1,000 x 10 days)
d.) Kristen Waters-$1 Million for the way her step mother, Nancy Hussman treated her and made her feel insignificant by telling her that none of her Land would ever belong to Kristen.
e.) Oglala Sioux Tribe Orphans-$13 Million
f.) Immediate return of these Trust Lands back to the rightful owners.
g.) Immediate Disenrollment of John Hussman, Sr. and Nancy Hussman, and John Hussman, Jr. and Garfield Steele and Banishment from the Pine Ridge Indian Reservation with NO Federal Benefits to include Health Insurance nor Retirement nor et al Federal Benefits.

I understand that there is a lot of Trust Lands and Fee Lands involved, but after the first time John Hussman, Sr. raped me in the 3rd grade, he whispered into my ear from behind that he could kill me and bury me up in those hills and NO ONE would ever find me or even come looking for me. I would never ever feel comfortable going into those hills to have any kind of ownership.
With this new Law going into effect, I ask that DOI IG have the SD FBI take these actions on my behalf and as with an SF 95, have a 42 Day Respond Time. I have many more Complaints to submit on behalf of the Oglala Sioux Tribe Members and I know that if I don't address this, it will bother me and I won't be able to focus on what's going on today with Corruption and Businesses and Lands. This is not all the Justice I

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I have had to endure years of Counseling to get to be as close to "Normal" as possible. I will live with night terrors for the rest of my life, causing me PTSD.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/15/2022

Signature of Plaintiff: *Melaine R. Wilson*

Printed Name of Plaintiff: Dr. Melaine R. Wilson

### B. For Attorneys

Date of signing:

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

22-5091

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
## DEFENDANTS

(b) County of Residence of First Listed Plaintiff: **Oglala**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Oglala**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

Oglala Sioux Tribe

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**TORTS - PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes
- ☒ S.3103 Removal of Statute of Limitation

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District (specify)
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**S.3103 Removal of Statute of Limitations**
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ **50 Million**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____