# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-1865

_____

Melanie R. Wilson

Plaintiff - Appellant

v.

John Hussman, Sr.

Defendant - Appellee

------

Appeal from U.S. District Court for the District of South Dakota - Western
(5:22-cv-05091-LLP)

------

**JUDGMENT**

Before LOKEN, COLLOTON, and BENTON, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

May 03, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans