UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 23-1865

Melanie R. Wilson

Appellant

v.

John Hussman, Sr.

Appellee

___

Appeal from U.S. District Court for the District of South Dakota - Western
(5:22-cv-05091-LLP)

___

**CORRECTED ORDER**

The petition for rehearing by the panel is denied as untimely.

June 13, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans