# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1865

Melanie R. Wilson

Appellant

v.

John Hussman, Sr.

Appellee

---

Appeal from U.S. District Court for the District of South Dakota - Western
(5:22-cv-05091-LLP)

---

## MANDATE

In accordance with the judgment of May 3, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 16, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit